Donald Charles Dunn, Jr
14408 Varrelman St.
Austin, TX 78725

FILED
2011 NOV 14  PM 5:00
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

DISTRICT COURT OF THE UNITED STATES

WESTERN DISTRICT OF TEXAS

Sarah Doe; Kimberley Doe; and Raquel Doe, ) Case No.: 1:11-cv-907 LY
on behalf of themselves and all others )
similarly situated, ) ANSWER
                          )
            Plaintiff, )
                          )
     vs. )
                          )

Donald Dunn, et al.,

            Defendant
_____

    COMES NOW the defendant Donald Dunn in answering the allegations of the Complaint on file herein, affirms and denies the allegations as follows.

Answering allegations of paragraph 1, the Defendant affirms all facts.

Answering allegations of paragraph 2, the Defendant affirms in part based on knowledge of incident, but denies any of the times before December 2009.

Answering allegations of paragraphs 10-12, Defendant affirms in part based on knowledge of incident, but denies the substantial injury, Defendant Dunn did not cause any physical injuries.

Answering allegations of paragraph 25, Defendant affirms in part based on knowledge, but denies having the title of Escort Officer.

Answering allegations of paragraph 47, Defendant affirms all facts.

Answering allegations of paragraph 71, Defendant affirms in part based on knowledge, but denies having the title of Escort Officer.

*Answering allegations of paragraph 72, Defendant affirms all facts.*

*Answering allegations of paragraph 78, Defendant affirms in part based on knowledge, but denies pressing her up against the wall, groping her for an extended amount of time, touching her breasts, crotch area, and buttocks, it was a quick pat down.*

*Answering allegations of paragraph 84, Defendant affirms in part based on knowledge, but denies, groping her for an extended amount of time, denies lifting her bra and fondling her breast, denies touching all over the rest of her body, including her crotch area and buttocks.*

*Answering allegations of paragraph 85, Defendant affirms in part based on knowledge, but denies fondling himself and trying to touch plaintiff.*

*Answering allegations of paragraph 86, Defendant denies this fact.*

*Answering allegations of paragraph 93, Defendant denies this fact.*

*Answering allegations of paragraph 94, Defendant denies this fact.*

*Answering allegations of paragraph 99, Defendant denies this fact.*

*Answering allegations of paragraphs 101-103, Defendant affirms this fact.*

*Answering allegations of paragraphs 104-106, Defendant affirms in part based on knowledge of incident, but denies touching her breasts and buttocks in a sexual manner, in all cases it was a quick pat down.*

*Answering allegations of paragraphs 107-108, Defendant affirms these facts.*

*Answering allegations of paragraph 109, Defendant denies this fact.*

*I Donald Dunn did disrespect these women, It was not right nor was it authorized for me to do what I did.  I have served my time, I'm in therapy, I'm on probation and I can say this type of behavior will not happen ever again from me.*

*WHEREFORE, me the Defendant Donald Dunn pray that you the Plaintiff(s) have mercy upon me and drop the lawsuit against me.  I am truly sorry for putting you through this.*

Dated this 14th day of November, 2011

*Donald Dunn, Jr.*
Donald Charles Dunn, Jr.
14408 Varrelman St.
Austin, TX 78725
(512) 364-5474

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of (title of document) __Answer__
was served by (method of delivery) __mail__
on (date) __11/14/11__ to:

Name: __Mark Whitburn / Lisa Grayhill__
Fax/E-Mail
Address: __P.O. Box 12905__
__Austin, TX 78711__

Name:
Fax/E-Mail
Address:

Name:
Fax/E-Mail
Address:

Name:
Fax/E-Mail
Address:

Name:
Fax/E-Mail
Address:

Signed Name: __Donald Dunn, Jr.__
Printed Name: __Donald Dunn, Jr.__